No. 44739.—Protests 973124–G, etc., of Guibert Freres Gloves, Inc. (New York).

Opinion by WALKER, J. It was stipulated that the leather in question is the same as that the subject of *Steinberger* v. *United States* (3 Cust. Ct. 187, C. D. 229). The claim at 20 percent under paragraph 1530 (c) and the French Trade Agreement was therefore sustained.